Before WIDENER and NIEMEYER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Paul Lee Mobley seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Mobley,* Nos. CR–98–72; CA–00–288 (E.D.Va. July 27, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

Gerald Wayne Autry, pro se.

Before NIEMEYER, MOTZ, and GREGORY, Circuit Judges.

PER CURIAM.

Gerald Wayne Autry, a state inmate, appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint under 28 U.S.C.A. § 1915(e)(2) (West Supp.2001). We have reviewed the record and the district court's opinion and find this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. *See Autry v. Wadsworth,* No. CA–01–324–5–H (E.D.N.C. filed June 27, 2001; entered June 30, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

**Gerald Wayne AUTRY, Plaintiff–Appellant,**

v.

**David WADSWORTH; North Carolina Department of Correction; L.B. Johnson; Robert Britton; Sergeant Booth; Jason Armstrong, Inmate, Defendants–Appellees.**

No. 01–7342.

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 19, 2001.

Decided Oct. 31, 2001.

**Robert Gordon AMEGASHIE, Petitioner–Appellant,**

v.

**Joseph M. BROOKS, Warden, Respondent–Appellee.**

No. 01–7474.

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 17, 2001.

Decided Oct. 31, 2001.